# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JACOB SALAZAR - GAMA<br>　　　　Defendant. | 5:24 MJ 00280<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A) (✓) the appearance of defendant as required; and/or

　　(B) ( ) the safety of any person or the community.

//

//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• lack of identified bail resources
• unstable residential history
• prior violation of probation (absconding)
• minimal ties to charging dist.

IT IS ORDERED that defendant be detained.

DATED: 6/26/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE